AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## FILED
for the

Northern District of Oklahoma

**OCT 3 1 2025**

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

United States of America
v.

CAROLYN HONEYCUTT

*Defendant(s)*

)
)
)
)
)
)
)

Case No. 25-MJ-948-JFJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 30, 2025 _____ in the county of _____ Tulsa _____ in the Northern District of Oklahoma, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) | Possession of Methamphetamine with Intent to Distribute |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Evan Foster*
*Complainant's signature*

TFO Evan Foster, DEA
*Printed name and title*

Sworn to before me by phone.

Date: 10/31/25

*Judge's signature*

City and state:        Tulsa, OK

Jodi F. Jayne, United States Magistrate Judge
*Printed name and title*

## Affidavit in Support of an Arrest Warrant
## in the Northern District of Oklahoma

I, Evan Foster, being duly sworn under oath, do hereby depose and state:

### Introduction and Agent Background

1.  I am a Tulsa County Deputy Sheriff /Task Force Officer assigned to the Drug Enforcement Administration (DEA), United States Department of Justice. I have been a Deputy Sheriff for over 20 years, served with the United States Marshal Service for over 3 years, was a Homeland Security Investigations TFO for approximate 6 years and a K9 handler for over 7 years with the Sheriff's Office, and have been assigned at the DEA since July of 2022.

2.  During my tenure, I have received countless hours in specialized training from both federal and local law enforcement agencies. This training has focused upon methods of unlawful manufacturing of illegal narcotics via clandestine laboratories, the installation and monitoring of global positioning satellite (GPS) trackers, Title III wire interceptions, smuggling and distribution techniques, methods of drug trafficking, as well as the means by which drug traffickers derive, launder and conceal their profits from drug trafficking, the use of assets to facilitate unlawful drug trafficking activity and the law permitting the forfeiture to the United States of assets purchased with drug proceeds or assets used or intended to be used to facilitate the drug violations.

3.  I have gained a considerable amount of knowledge about drug trafficking organizations and their members through my training and experience. Based on my

experience as a Task Force Officer with the DEA, I know that those involved in international drug trafficking rely heavily on telephones to and distribution of illegal drugs, and that they frequently employ coded language and slang terminology in an effort to maintain secrecy while engaging in such communications.

4.  Through my employment as a Task Force Officer with the DEA, I have gained knowledge in the use of various investigative techniques, including the use of wire and electronic interceptions and other types of electronic surveillance, physical surveillance, undercover investigators, confidential informants, cooperating witnesses, controlled purchases of illegal drugs, consensually-monitored recordings, investigative interviews, trash searches, mail covers, financial investigations, administrative and grand jury subpoenas, and search and arrest warrants. As a result of my participation in the investigation of matters referred to in this affidavit and based upon reports made to me by other law enforcement agencies and witnesses, I am familiar with the facts and circumstances of this investigation.

5.  The information contained in this Affidavit in support of an arrest warrant for Carolyn Ann Su Honeycutt is based on law enforcement encounters with Carolyn Ann Su Honeycutt on October 30, 2025. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from witnesses, agents, and other law enforcement officers. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Based on the facts set forth

in this affidavit, there is probable cause to believe that violations of Title 21 U.S.C. § 841 have been committed.

### Probable Cause

6.  On October 27, 2025, Judge Jodi F. Jayne signed a federal search warrant for the residence located at 1804 East 66th Place, #E106, Tulsa, Oklahoma 74136.

7.  On October 30, 2025, members of the Tulsa DEA conducted a search warrant operation at the above location.

8.  During the execution of the search warrant, Carolyn Honeycutt was detained (she was the only person found in the apartment). Investigators found a plastic bag containing suspected methamphetamine on Carolyn Honeycutt's person. The bag of suspected methamphetamine weighed approximately 31.2 gross grams. The suspected methamphetamine was field tested using Trunarc and showed a presumptive positive result.

9.  During a search of the residence (which only has one bedroom), Agents located:

   a)  Approximately 6 plastic bags containing suspected methamphetamine inside a black magnet box under the bedroom bed frame. The total weight of the approximately six bags of suspected methamphetamine weighed approximately 80.5 grams. One of the bags containing the suspected methamphetamine was field tested using Trunarc and showed a presumptive positive result.

3

b) A plastic jar on top of the bedside table with approximately 33.6 grams of suspected methamphetamine. The suspected methamphetamine was field tested using Trunarc and showed a presumptive positive result.

c) A plastic bag containing suspected methamphetamine on top of the master bedroom bed. The suspected bag of methamphetamine weighed approximately 28.1 grams. The suspected methamphetamine was field tested using Trunarc and showed a presumptive positive result.

d) A clear plastic bag containing suspected methamphetamine inside a black purse found hanging in the closet. The clear plastic bag with suspected methamphetamine weighed approximately 29.7 grams. The suspected methamphetamine was field tested using Trunarc and showed a presumptive positive result.

e) Two packages that had the name for Carolyn Honeycutt with the address of 1804 East 66th Place Unit, #E106, Tulsa, Oklahoma 74136.

## Conclusion

Based on the foregoing, I submit that probable cause exists to believe Carolyn Honeycutt possessed with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii). I respectfully request that a warrant for the arrest of Carolyn Honeycutt be issued.

Respectfully Submitted,

_Evan Foster_
Task Force Officer Evan Foster
Drug Enforcement Administration

Sworn to before me by telephone this 31st day of October, 2025.

_Jodi Jayne_
Jodi F. Jayne
UNITED STATES MAGISTRATE JUDGE