IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                    Case No. 25-CR-445-JFH

CAROLYN ANN SU HONEYCUTT,

Defendant.

**Joint Report Regarding Status of Discovery**

The Government, through Assistant United States Attorney Mike Flesher, and Defendant, Carolyn Honeycutt, through her counsel, Shena Burgess, respectively, submit this Joint Report Regarding Status of Discovery pursuant to this Court's November 19, 2025, Scheduling Order (Dkt. No. 19):

1.  The Government filed a complaint against defendant on October 31, 2025, alleging one count of Possession of Methamphetamine with Intent to Distribute. (Dkt. No. 1). The grand jury charged Defendant by Indictment on November 18, 2025. (Dkt. No. 16). The magistrate court arraigned the Defendant by video on November 21, 2025.

2.  Defendant is attending a 60-day inpatient drug rehab program with Monarch in Muscogee Oklahoma. She is expected to finish that program on January 6, 2026.

3.  The Government provided an initial production of discovery materials to the Defendants on November 3, 2025. The production included the search warrant and

the complaint. On December 1, the Government produced law enforcement reports, search warrant, return, DEA lab reports, and photographs from the search.

4.  The Government does not expect any additional discovery. However, the Government will continue to produce any additional discovery material it obtains, or becomes aware of, consistent with its duties to do so under the law and this Court's orders. Counsel for the Government consulted with defense counsel, Shena Burgess, on December 1, and is authorized to say she joins in this motion.

5.  No discovery disputes currently exist, and the parties are not aware of any need for the Court's assistance regarding discovery at this time.

6.  To date, the defense has not provided any reciprocal discovery to the Government.

<div style="margin-left:50%">

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

/s/ *Mike Flesher*
Mike Flesher OBA. No. 34346
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

Counsel for the Defendant

/s/ *Shena Burgess*
*Counsel for Caroyln Honeycutt*

</div>

## Certificate of Service

I hereby certify that on December 2, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Shena Burgess
*Counsel for Carolyn Honeycutt*

/s/ Mike Flesher
Mike Flesher
Assistant United States Attorney